IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM CARR, Inmate #A-75014, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-cv-777-GPM |
| ) | |
| TYRONE MURRAY, et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

The Court denied Plaintiff's motion for leave to proceed *in forma pauperis*, finding that Plaintiff had accumulated three or more strikes. *See* 28 U.S.C. 1915(g). Rather than pay the full filing fee within the allotted time, Plaintiff appealed to the Seventh Circuit; that appeal has now been dismissed for Plaintiff's failure to pay the appellate filing fee. *Carr v. Murray*, Appeal No. 08-1272 (7th Cir., filed Jan. 30, 2008).

The $350 filing fee for this case remains unpaid, and the time to pay that fee has long since elapsed. Accordingly, this action is **DISMISSED** with prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

DATED: 9/9/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge